TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
Assistant United States Attorney
Chief, International Narcotics,
 Money Laundering & Racketeering Section
MAX B. SHINER (Cal. Bar No. 187125)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
KEITH D. ELLISON (Cal. Bar No. 307070)
Assistant United States Attorney
International Narcotics, Money
 Laundering & Racketeering Section
     1400/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-5339/3308/6920
     Facsimile: 213-894-0142
     E-mail: shawn.nelson@usdoj.gov
             max.shiner@usdoj.gov
             keith.ellison2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-173-GW |
|---|---|
| Plaintiff, | UPDATED STATUS REPORT REGARDING PROPOSED TRIAL GROUPINGS AND SCHEDULES |
| v. | |
| JOSE LANDA-RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Shawn J. Nelson, Max B. Shiner, and Keith D. Ellison, hereby files this updated status report regarding proposed trial groupings and schedules.

The government previously proposed eight trial groups, which it believes serve the interests of judicial economy and efficiency. The government maintains that such groups offer the most reasonable approach for bringing the numerous remaining defendants in this case to trial. And the government has explained its rationale for organizing such groups in several prior filings. (e.g., CR 2032, 2069, 2070, 2561, 2993, 3023.)

To account for those defendants who object to further continuances of their trial dates (as they are joined for trial with co-defendants who may request such continuances),[1] the government proposes setting trial dates for trial groups seven and eight at the next status conference in this matter.

**I.   GOVERNMENT'S PROPOSED TRIAL GROUPINGS**

The proposed groupings for the remaining defendants, as previously presented to the Court, with updates to reflect defendants who have subsequently pleaded guilty, are as follows:

**A.   Group Two**

Cecilia Virgen (19)

Mark Levy (26)

Valentin Cordova (27) (fugitive)

Adrian Araiza (39)

**B.   Group Three[2]**

Miriam Meza (36)

Ana Martinez (37)

---

[1] Specifically, defendants Gabriel Zendejas-Chavez (Group Seven), Miguel Garcia (Group Eight), and David Diaz (Group Eight) have objected to prior continuances of the trial dates in this case.

[2] The defendants in trial group three are presently scheduled for trial on February 15, 2022.

Marlon Cornejo (42)

**C.   Group Four**

Mark Landeros (17)

Kristen Ayala (51)

Juan Leonard Garcia (53)

Bryanna McCullah (63)

Frank Anthony Garcia (64)

**D.   Group Five**

Ernesto Vargas (9)

**E.   Group Six**

Hector Duarte (15)

Nancy Duarte (21)

David Bernardino (33)

Robert Ramirez (50)

**F.   Group Seven**

Gabriel Zendejas-Chavez (3)

Rafael Lemus (4) (fugitive)

Martin Salazar (66)

Ramon Amaya (67)

///

///

**G.   Group Eight**

Jose Landa-Rodriguez (1)

Alvino Munoz (6)

Miguel Garcia (14)

Samantha Rivera (16)

David Diaz (49)

| | |
|---|---|
| Dated: September 17, 2021 | Respectfully submitted, |
| | TRACY L. WILKISON<br>Acting United States Attorney |
| | SCOTT M. GARRINGER<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | _____/s/_____<br>SHAWN J. NELSON<br>MAX B. SHINER<br>KEITH D. ELLISON<br>Assistant United States Attorneys |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |